# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

127834

MICHIGAN TOOLING ASSOCIATION
WORKERS COMPENSATION FUND, as
Subrogee of DISTEL TOOL & MACHINE
COMPANY,
        Plaintiff-Appellee,

v

FARMINGTON INSURANCE AGENCY, LLC,
        Defendant/Third-Party Plaintiff-
        Appellant,

and

MACHINERY MAINTENANCE SPECIALISTS,
INC.,
        Defendant,

and

EMPLOYERS INSURANCE OF WAUSAU and
WAUSAU INSURANCE COMPANIES,
        Third-Party Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127834
COA: 249013
Oakland CC: 2001-030684-CK

On order of the Court, the application for leave to appeal the December 7, 2004 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). The parties shall include among the issues to be addressed at oral argument whether Farmington Insurance Agency owed a duty to Distel in relation to the certificate of insurance, where Farmington Insurance Agency did not send the certificate of insurance to Distel and otherwise had no contact with Distel. The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting mere restatement of arguments in application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005                                     _Corbin R. Davis_

p1003                                              Clerk